# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00581-CR

**William Fredrick Oliver, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 9044055, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

William Fredrick Oliver seeks to appeal from a judgment of conviction for possession of cocaine.  The trial court has certified, and the record confirms, that this is a plea bargain case and has no right of appeal.  *See* Tex. R. App. P. 25.2(a)(2).  The appeal is dismissed.  *See id.* rule 25.2(d).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed:   October 14, 2004

Do Not Publish